**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>            Plaintiff,<br><br>    v.<br><br>JOEL ESPARZA and MAN SU SEO,<br><br>            Defendants. | No.   CV 15-4416 PA (JPRx)<br><br>JUDGMENT OF DISMISSAL |

    In accordance with the Court's June 6, 2016 Minute Order that dismissed the federal claim asserted by plaintiff Chris Langer ("Plaintiff") against defendant Man Su Seo ("Defendant") as moot, and declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claim and dismissing that claim without prejudice,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claim for violation of the Americans with Disabilities Act is dismissed and Plaintiff's remaining state law claim is dismissed without prejudice.

//

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that each party shall bear its own costs.

DATED: June 2, 2016

_____
Percy Anderson
United States District Judge